IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01435-WDM-MJW

ARTHUR A. AICKLEN, JR., et al.,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY, et al.,

Defendants.

MINUTE ORDER

      It is hereby ORDERED that *Petitioners' Combined Status Report and Motion to Vacate August 13, 2007 Motion Hearing on Motion to Quash*, DN 6, filed with the Court on August 6, 2007, is GRANTED.   The Motion Hearing scheduled to hear the *Petitioners' Combined Motion to Quash Deposition Subpoena and Subpoena Duces Tecum and Motion for Protective Order*, Docket Number 1, currently set on August 13, 2007, at 3:00 p.m., is VACATED and is RESET on September 11, 2007, at 3:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

      If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.  Should the parties resolve the issues surrounding the motions that are before the court, a written Status Report shall be filed forthwith.

Date:  August 7, 2007