IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01435-WDM-MJW

ARTHUR A. AICKLEN, JR., et al.,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY, et al.,

Defendants.

MINUTE ORDER

In view of the Petitioner's Fed.R.Civ.P. 41(a)(1)(I) Notice of Withdrawal of Combined Motion to Quash Deposition Subpoena and Subpoena Duces Tecum and Motion for Protective Order (Docket No. 10), it is hereby

**ORDERED** that the Petitioner's Motion to Vacate Hearing on Motion to Quash (Docket No. 11) is **GRANTED**, and the motion hearing set on September 11, 2007, at 3:00 p.m., is **VACATED**.

Date: September 7, 2007